ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| Facility Defense Consultants, Inc. | ) ASBCA Nos. 61145, 61315, 61316 |
| d/b/a Hanke Constructors | ) 61317, 61414, 61558 |
| | ) |
| Under Contract No. W912DQ-14-D-4003 | ) |

APPEARANCE FOR THE APPELLANT:     Leonard R. Ruzicka, Jr., Esq.
                                   Ruzicka Law Firm, LLC
                                   St. Louis, MO

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                   Engineer Chief Trial Attorney
                                   Kristine R. Hoffman, Esq.
                                   Virginia Murray, Esq.
                                   Engineer Trial Attorneys
                                   U.S. Army Engineer District, Kansas City

ORDER OF DISMISSAL

The dispute has been settled.  These appeals are dismissed with prejudice.

Dated:  July 2, 2020

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61145, 61315, 61316, 61317, 61414, 61558, Appeals of Facility Defense Consultants, Inc. d/b/a Hanke Constructors, rendered in conformance with the Board's Charter.

Dated:  July 2, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services